# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

QUAD INT'L., INC.

                      Plaintiff,

v.                                        Case No.: 1:12−cv−08420
                                          Honorable Ronald A. Guzman

John Doe

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 31, 2012:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 11/6/12 is stricken. Motion by Plaintiff QUAD INT'L., INC. for discovery Prior to the Rule 26(f) Conference [5] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.